IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SHAWN BALL,<br><br>    Plaintiff,<br><br>vs.<br><br>CHIEF MEDRED and C/O HORN,<br><br>    Defendants. | CV-19-00004-GF-BMM-JTJ<br><br><br>ORDER |

To:  Big Horn County Jail
     P.O. Box 47
     Basin, WY 82410

Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for the above-captioned action. *See* 28 U.S.C. §1915(b)(1), (2).

Accordingly, **IT IS HEREBY ORDERED:**

1. Big Horn County Jail shall collect from Plaintiff's inmate account the $350.00 filing fee and shall forward payments to the Clerk of Court. The amount collected shall be 20% of the preceding month's income credited to Plaintiff's prison inmate account, provided the preceding month's income exceeds $10.00. These monthly filing-fee payments shall be collected simultaneously with the payments required in other cases filed by Plaintiff. *Bruce v. Samuels*, 136 S.Ct

1

627, 629 (2016).  Said payments shall be clearly identified by the name and number assigned to this action.

    2. Payments shall be sent to the Clerk of United States District Court, Clerk of U.S. District Court, 125 Central Avenue West, Great Falls, MT 59404.

    3. The Clerk of Court is directed to serve a copy of this Order on Crossroads Correctional Center at the above address.

    DATED this 5th day of March, 2019.

                                      */s/ John Johnston*
                                      John Johnston
                                      United States Magistrate Judge

cc:    Shawn Ball, #30526
       USDC Financial